DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN CARCIERI,**
Appellant,

v.

**KTVT MOTORS, LLC** d/b/a **TOYOTA OF DEERFIELD BEACH,** and
**POMPANO AUTO INVESTORS I, LLC.,**
Appellee.

No. 4D20-1453

[April 8, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE16005946.

Ben Murphey of Lawlor White & Murphey, LLP, Fort Lauderdale, for appellant.

Marlin K. Green and Sherman W. Jones, III of Brown Sims, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS, and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***